IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LISA BIRGE,                      )
                                 )
          Plaintiff,             )           8:05CV205
                                 )
     v.                          )
                                 )
MIDLAND CREDIT MANAGEMENT,       )           ORDER
INC.,                            )
                                 )
          Defendant.             )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 8). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, defendant to pay plaintiff's costs per the settlement agreement.

DATED this 24th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court